# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LEODIS RANDLE                                                                                    PLAINTIFF

VS.                                            4:18-CV-188-BRW-BD

D. MUSIDDIQ, *et al.*                                                                            DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Randle's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Randle's due process claim, sexual harassment claim, false disciplinary claim, access to courts claim, loss of property claim, and his claim that an unknown substance was placed in his drink are DISMISSED, without prejudice. Furthermore, his claims against Defendants Nelson, Musiddiq, Williams, Connors, Williams, and Donahue based on their positions as either disciplinary or classification board members are DISMISSED, without prejudice. The Clerk is instructed to terminate Defendants Austin, Gibson, Briggs, Mathis, Simmons, Thomas, Funk, Kellyward, Brawley, Brooks, Reed, Williams, Raft, Conner, Williams and Donahue as party Defendants.

IT IS SO ORDERED, this 30th day of May, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE