IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                                          PLAINTIFF

VS.                                          4:18-CV-188-BRW-BD

D. MUSIDDIQ, *et al.*                                                                              DEFENDANTS

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt it in all respects.

Mr. Randle's motions for preliminary injunctive relief (Doc. Nos. 2, 22, 51) are DENIED, as moot.

IT IS SO ORDERED, this 20th day of July, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE