# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LEODIS RANDLE**                                                                               **PLAINTIFF**

V.                     **CASE NO. 4:18-CV-188-BRW-BD**

**D. MUSIDDIQ,** *et al.*                                                        **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Randle's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Randle's claims against Defendants Robertson and Pyane are DISMISSED, without prejudice.

IT IS SO ORDERED, this 7th day of September, 2018.

                                                  /s/ Billy Roy Wilson _____
                                                  UNITED STATES DISTRICT JUDGE