# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEODIS RANDLE**                                                                                    **PLAINTIFF**

**VS.**                                    **4:18-CV-00188-BRW-BD**

**D. MUSIDDIQ,** *et al.*                                                                         **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Randle's motions for preliminary injunctive relief (Doc. Nos. 112, 125) are

DENIED. IT IS SO ORDERED, this 20th day of December, 2018.


        /s/ Billy Roy Wilson _____
        UNITED STATES DISTRICT JUDGE