IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                                            PLAINTIFF

V.                                         4:18-CV-188-BRW-BD

D. MUSIDDIQ, *et al*.                                                                              DEFENDANTS

## ORDER

I have received the Recommended Disposition ("Recommendation") (Doc. No. 192) from U.S. Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the timely objections, and a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Accordingly, Defendants' motions for summary judgment (Doc. Nos. 176, 177) are GRANTED. Mr. Randle's claims should be DISMISSED, with prejudice.

IT IS SO ORDERED, this 22nd day of May, 2019.


                                      Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE