IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                                              PLAINTIFF

V.                                            4:18-CV-188-BRW-BD

D. MUSIDDIQ, *et al*.                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 22nd day of May, 2019.


                                                                         Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE